IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| AUDUBON SOCIETY OF PORTLAND, AUDUBON SOCIETY OF GREATER DENVER, CENTER FOR BIOLOGICAL DIVERSITY; and THE NEW MEXICO AUDUBON COUNCIL, non-profit corporations, | |
| Plaintiffs, | Case No. 04-670-KI |
| vs. | ORDER |
| UNITED STATES FISH AND WILDLIFE SERVICE, | |
| Defendant. | |
| vs. | |
| NORTH AMERICAN FALCONERS ASSOCIATION (NAFA), STATE OF WYOMING, STATE OF ARIZONA, *ex rel.* *The Arizona Game and Fish Commission and the Arizona Game and Fish Department,* | |
| Intervenor-Defendants, | |

Daniel J. Rohlf
Susan Jane M. Brown
Pacific Environmental Advocacy Center
10015 S. W. Terwilliger Blvd.
Portland, Oregon  97219

       Attorneys for Plaintiffs

Karin J. Immergut
United States Attorney
Steve O'Dell
Assistant United States Attorney
Mark O. Hatfield United States Courthouse
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97204-2902

Kelly A. Johnson
Acting Assistant Attorney General
Lori Caramanian
U. S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
999 18th Street, Suite 945 NT
Denver, Colorado  80202

       Attorneys for Defendants

Brian J. King
Schwabe Williamson & Wyatt, P. C.
1600-1900 Packwest Center
1211 S. W. Fifth Avenue
Portland, Oregon  97204

Faith Kalman Reyes
Frank M. Bond
Simons & Slattery, LLP
P. O. Box 5333
Santa Fe, NM  87502-5333

Susanne LaCampagne
Miller Nash LLP
111 S. W. Fifth Avenue, Suite 3400
Portland, Oregon  97204-3699

Jay A. Jerde
C. Levi Martin
Office of the Wyoming Attorney General
123 State Capitol
Cheyenne, WY 82002-0001

>Attorney for Defendant-Intervenors

KING, Judge:

Defendant Intervenors NAFA's and Wyoming's Joint Motion to Strike Plaintiffs' Declaration and Documents (#84) is granted in part. Federal Defendant's Motion to Strike (#89) is granted in part. Plaintiffs' Motion for Summary Judgment (#51) is denied. Intervenor-Defendant State of Wyoming's Motion for Summary Judgment (#60), Cross Motion for Summary Judgment by Defendant/Intervenor State of Arizona (#63), Federal Defendants' Motion for Summary Judgment (#71), and Defendant-Intervenor NAFA's Cross Motion for Summary Judgment (#73) are all granted. This action is dismissed with prejudice.

>IT IS SO ORDERED.

>Dated this ___21st___ day of July, 2005.

>___/s/ Garr M. King___
>Garr M. King
>United States District Judge